```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 21264
  DEBRA G JOHNSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4424


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/26/2005 and was confirmed 07/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  61.49% from remaining funds.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HINSDALE BANK & TRUST     SECURED            13000.00         493.96        13000.00
HINSDALE BANK & TRUST     UNSECURED           3657.53            .00         2248.83
BANK OF AMERICA NA        UNSECURED          NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          11593.01            .00         7127.96
CHASE                     NOTICE ONLY        NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED           8721.90            .00         5362.66
ECAST SETTLEMENT CORP     UNSECURED          26862.93            .00        16516.67
ECAST SETTLEMENT CORP     UNSECURED OTH        327.40            .00          201.42
ZALUTSKY & PINSKI LTD     DEBTOR ATTY         2,594.00                       2,594.00
TOM VAUGHN                TRUSTEE                                            2,854.50
DEBTOR REFUND             REFUND                                                 .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  50,400.00

PRIORITY                                                 .00
SECURED                                            13,000.00
    INTEREST                                          493.96
UNSECURED                                          31,457.54
ADMINISTRATIVE                                      2,594.00
TRUSTEE COMPENSATION                                2,854.50
DEBTOR REFUND                                            .00
                         --------------          --------------
TOTALS                   50,400.00                 50,400.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 21264 DEBRA G JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```